# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKENNAH SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>K.B.R., INC.,<br><br>        Defendant. | Case No. 1:21-cv-00940-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>SEVEN DAY DEADLINE |

On May 17, 2021, Mckennah Smith ("Plaintiff") filed this action in the Fresno County Superior Court. (ECF No. 1-1.) Service of the summons and complaint was completed on May 17, 2021. (ECF No. 1 at 1.) On June 15, 2021, K.B.R., Inc. ("Defendant") removed the action to the Eastern District of California. (ECF No. 1.)

Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2)."

///

///

1

Defendant's notice of removal does not include an answer filed in the state court. Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within **seven (7) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **June 21, 2021**

UNITED STATES MAGISTRATE JUDGE