Amanda N. Griffith, Esq. (SBN 288164)
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
2390 Professional Drive
Roseville, California 95661
Telephone: (916) 846-9391
Facsimile: (916) 672-9290
E-mail: angriffith@b3law.com

Attorneys for Defendant
K.B.R., INC. dba RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKENNAH SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>K.B.R., INC. dba RASH CURTIS & ASSOCIATES; and DOES 1 – 10, inclusive,<br><br>    Defendant(s). | CASE NO: 1:21-cv-00940<br><br>**NOTICE OF INTERESTED PARTIES** |

TO THE HONORABLE COURT HEREIN:

    The undersigned, counsel of records for Defendant RASH CURTIS & ASSOCIATES, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

KBR, Inc. dba Rash Curtis & Associates

DATED: June 28, 2021
                                                      BERMAN BERMAN BERMAN
                                                      SCHNEIDER & LOWARY, LLP
                                                        /S/ Amanda N. Griffith*
                                     By:_____
                                     AMANDA N. GRIFFITH, ESQ.
                                     Attorneys for Defendant,
                                   K.B.R., INC. dba RASH CURTIS &
                                         ASSOCIATES

I, Debbie Main, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 2390 Professional Drive, Roseville, CA 95661.

On June 28, 2021, I served the following document(s) on the parties in the within action:

| X | I hereby certify that on **June 28, 2021**, a copy of the foregoing list of documents were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.<br><br>**NOTICE OF INTERESTED PARTIES** |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 28, 2021.

By: _____

**Service List**

Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
LAW OFFICES OF TODD M. FRIEDMAN
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone:  (877) 206-4741
Facsimile:  (866) 633-0228
E-mail:  tfriedman@toddflaw.com
            abacon@toddflaw.com
**Attorneys for Plaintiff MCKENNAH SMITH**